THE STATE v. WALBRIDGE, Appellant.

Division Two, February 20, 1900.

**Appeals:** NO EXCEPTIONS. On a conviction of murder in the second degree, judgment will be affirmed if there is no bill of exceptions or record error.

Appeal from Dunklin Circuit Court.—*Hon. H. C. Riley,* Judge.

AFFIRMED.

*Edward C. Crow*, Attorney-General, and *Sam B. Jeffries*, Assistant Attorney-General, for the State.

SHERWOOD, J.—On an indictment charging murder in the first degree, defendant was convicted of murder in the second degree.

No bill of exceptions and no error in record proper, therefore judgment affirmed.

All concur.